**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01114-REB-MJW

CARMEN SCHIEDEL,

    Plaintiff,

v.

SILVERMAN & BORENSTEIN, PLLC,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation To Dismiss Pursuant To Settlement** [#15][1] filed October 9, 2012. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation To Dismiss Pursuant To Settlement** [#15] filed October 9, 2012, is **APPROVED**; and

2. That this action is **DISMISSED**.

Dated October 10, 2012, at Denver, Colorado.

                                  **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] "[#15]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.